No. 948, Misc. SANCHEZ *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 949, Misc. REILLY *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Phillip A. Hubbart* for petitioner.

No. 1048, Misc. DE PALMA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Griswold* for the United States.

No. 1050, Misc. GEARING *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 1052, Misc. KLEINHANS *v.* KLEINHANS. Sup. Ct. Wis. Certiorari denied.

No. 1062, Misc. GITTLEMACKER ET UX. *v.* COUNTY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied. *William J. O'Brien* for respondent Williamsport Hospital.

No. 1066, Misc. LAWLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Griswold* for the United States.

No. 1111, Misc. MITCHELSON *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1171, Misc. PENRICE *v.* CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 1277, Misc. WASHINGTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.